UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GREGORY ALLEN BATES        )
                             )
v.                    )  Civil Action No. 2:14-0019
                             )  Judge Sharp/Knowles
W.B. MELTON, et al.       )

## O R D E R

Pending before the Court is Defendant's Motion to Consolidate the instant case with Case No. 2:13-0131, *Gregory Allen Bates v. W. B. Melton, et al.* Docket No. 10. The Motion to Consolidate is GRANTED. A copy of this Order and all future filings shall be made in the Lead Case, Case No. 2:13-0131.

The Scheduling Order entered in Case No. 2:13-0131 on March 26, 2014 (Docket No. 25), shall govern this consolidated action as Ms. Deck is a defendant in both cases, and there are no additional defendants added.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge